[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 96-1825

UNITED STATES,

Appellee,

v.

OANH VAN HA, A/K/A QUANH,

Defendant, Appellant.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Douglas P. Woodlock, U.S. District Judge]



Before

Torruella, Chief Judge,
Stahl and Lynch, Circuit Judges.



Alan D. Rose and Rose & Associates on brief for appellant.
Donald K. Stern, United States Attorney, and Kevin P. McGrath,
Assistant United States Attorney, on brief for appellee.



April 11, 1997


Per  Curiam.   Upon  careful review of the briefs and record,

we perceive no clear error in the district court's sentencing

determinations. The district court properly concluded that

appellant was not entitled to a reduction as a minor

participant under U.S.S.G. S 3B1.2(b), in light of his

responsibilities for storing, guarding, and distributing

substantial quantities of the drugs. Further, appellant was

not entitled to an extra reduction for a timely plea under

U.S.S.G. S 3E1.1(b)(2), in light of his belated plea on the

third day of trial. 

Affirmed. See 1st Cir. Loc. R. 27.1.

-2-